UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 10-6181 DSF (JCGx) | Date | 5/11/11 |
| Title | Calvin Greene v. Subway Properties, LP, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Defendants' Motion to Dismiss (Docket No. 19)

   Defendants Efrem Seeger and Subway Properties, LP move to dismiss the claims against them. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 16, 2011 is removed from the Court's calendar.

   Plaintiff's state law claims against Seeger and Subway are viable because (1) the statute of limitations may have been equitably tolled, (see Mot. at 4); see also Lucchesi v. Bar-O Boys Ranch, 353 F.3d 691, 694-95 (9th Cir. 2003); and (2) it is plausible that Seeger and Subway are subject to respondeat superior liability. See Xue Lu v. Powell, 621 F.3d 944, 948 (9th Cir. 2010). Plaintiff's Fair Housing Act claim[1] is viable because

---

[1] The Court construes Plaintiff's complaint liberally because of his pro se status. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). For this reason, it finds that Plaintiff's sixth and seventh causes of action were intended to constitute a Fair Housing Act claim. (Compl. at 1, 11-13.) The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the guidance the Clinic may be in a position to provide, you have to go there directly. The Pro Se Clinic is open to members of the public on Mondays, Wednesdays, and Fridays, from 10:00 a.m. to 12:00 p.m., and 2:00 p.m. to 4:00 p.m. It is located in Room 525 on the 5th Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California. Although the Clinic does not provide assistance telephonically, for further

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

it is plausible that Defendants violated Plaintiff's Fair Housing Act rights, and that the violation caused him injury.  See Harris v. Itzhaki, 183 F.3d 1043, 1051, 1054 (9th Cir. 1999).  Finally, Seeger and Subway's request to strike Plaintiff's punitive damages allegations is not proper.  See Whittlestone, Inc. v. Handi-Craft Co., 618 F.3d 970, 973-75 (9th Cir. 2010).

For these reasons, the motion is DENIED.

IT IS SO ORDERED.

---

information about it you may call (213) 385-2977, ext. 270.  In addition, the Court has information of importance to pro se litigants at the "Pro Se" link on its website, http://www.cacd.uscourts.gov.